UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21129 CIV-JORDAN/McALILEY

DOROTHY HENYARD,

    Plaintiff,

vs.

CARNIVAL CORPORATION, f/k/a
CARNIVAL CRUISE LINES, a
foreign corporation,

    Defendant.
_____/

## ~~PROPOSED~~ AGREED ORDER ON CARNIVAL CORPORATION'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE, having come before the Court on Defendant, CARNIVAL CORPORATION'S Motion to Dismiss Count II of Plaintiff's Complaint and Incorporated Memorandum of Law, and the Court, having been advised of the agreement of the parties to the entry of this Order, and after consideration of the Motion, and otherwise being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

That Defendant's Motion to Dismiss Count II of Plaintiff's Complaint be and the same is hereby granted.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 11th day of August, 2008.

_____
ADALBERTO JORDAN
U.S. DISTRICT COURT JUDGE

Copies furnished to:

ROBERT M. MILLER, ESQ.      MARK A. JOHNSON, ESQ.
Fla. Bar No. 284793      Fla. Bar No. 699470
ROBERT M. MILLER, P.A.      CARNIVAL CORPORATION
Attorney for Plaintiff      Attorney for Defendant
5915 Ponce De Leon Blvd. - Suite 12      3655 N.W. 87th Avenue
Coral Gables, Florida 33146      Miami, Florida 33178